**Frederick BANKS, Petitioner-Appellant,**

v.

**S.A. Sean LANGFORD; S.A. Robert Werner; Director of the Office of Personnel Management, 1615 M Street, NW Washington DC 20419; S.A. Timothy Pivnichny; FBI; Hon Mark Hornak; Hon Joy Flowers Conti; Hon Nora Barry Fisher; Hon Thomas Hardiman; David Anderchak, US Postal Inspector; U.S. Postal Inspection Service; Mike Pompeo, Director of Central Intelligence; CIA; United States of America; Ausa Robert Cessar; Ausa Paul Hull; Ausa Brendan Conway; David Hicton, US Attorney, Respondents-Appellees.**

No. 17-6418

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Frederick Hamilton Banks, Appellant Pro Se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Banks appeals the district court's orders dismissing as frivolous his

self-styled "Complaint for a Writ of Mandamus; and Motion to Disclose Electronic Surveillance under 50 USC 1806(f)[,]" and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and, for the reasons stated by the district court, dismiss the appeal as frivolous. *Banks v. Langford*, No. 5:16-hc-02141-D (E.D.N.C. Mar. 15, 2017 & Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*